UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT DARRELL FANDRICH, | Case No. C13-0111-RSL-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court upon plaintiff's revised application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 3. By Order dated January 28, 2013, the Court found plaintiff's previous application deficient because he failed to include sufficient information regarding his financial situation for the Court to determine whether he could afford to pay the $350 filing fee in this action. Dkt. 2. The Court granted plaintiff leave to amend, and on January 31, 2013, plaintiff filed an amended IFP application indicating that his spouse's annual gross income is $83,600, and her net amount income is $55,200. Dkt. 3. In addition, plaintiff and his spouse receive $336 per month in child support, they own an "unknown" amount of stock in Starbucks, and two cars with an estimated combined value of $7,000. *Id.*

REPORT AND RECOMMENDATION
PAGE - 1

1   After careful consideration of plaintiff's amended IFP application, the governing law,
2   and the balance of the record, the Court recommends DENYING plaintiff's amended
3   application to proceed IFP (Dkt. 3) and directing him to pay the $350 filing fee within thirty
4   (30) days of the date of the Order adopting this Report and Recommendation.  Plaintiff is
5   advised that failure to pay this filing fee will result in dismissal of this action.
6   The Clerk of the Court is directed to send copies of this Order to the plaintiff and to the
7   Honorable Robert S. Lasnik.
8   DATED this 8th day of February, 2013.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2