UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT DARRELL FANDRICH, | Case No. C13-0111-RSL-JPD |
| Plaintiff, | ORDER OF DENIAL |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed plaintiff's revised application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's revised IFP application, Dkt. 3, is DENIED.  Plaintiff shall pay the applicable filing fee within thirty (30) days of the date of this Order, or this case shall be dismissed.

//

//

ORDER OF DENIAL
PAGE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

Dated this 5th day of March, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DENIAL
PAGE - 2